

1 Barbara Baird, District Counsel, #81507
Frances L. Keeler, Sr. Deputy District Counsel, #150685
2 South Coast Air Quality Management District
21865 E. Copley Drive
3 Diamond Bar, CA 91765-0940
Telephone: (909) 396-3535

**ORIGINAL**

**FILED**

AUG - 7 2000

CLERK. U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

4

5 Mark Weinberger, Esq.
Ellison Folk, Esq.
6 Shute, Mihaly & Weinberger
396 Hayes Street, Suite 1
7 San Francisco, CA 94102
(415) 552-7272

8 Attorneys for Counterdefendants
South Coast Air Quality Management District,
9 its Governing Board Members and Officers

10               IN THE UNITED STATES DISTRICT COURT FOR

11               THE CENTRAL DISTRICT OF CALIFORNIA

ENTERED
CLERK, U.S. DISTRICT COURT
AUG - 8 2000
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

13 UNITED STATES OF AMERICA, et al.,          ) No. 90-3122-R
                                             )
14                    Plaintiffs,            ) JOINT STIPULATION AND ORDER
                                             ) DISMISSING CLAIMS AGAINST
15         vs.                               ) SOUTH COAST AIR QUALITY
                                             ) MANAGEMENT DISTRICT UNDER
16 MONTROSE CHEMICAL                         ) RULE 41(a)
CORPORATION OF CALIFORNIA, et al            )
17                                           )
                    Defendants.              )
18                                           )
19 AND RELATED COUNTERCLAIMS,                )
CROSSCLAIMS AND THIRD PARTY                 )
20 ACTIONS.                                  )

Docketed
Copies / NTC Sent
JS - 5 / JS - 6
JS - 2 / JS - 3
CLSD

22         Whereas plaintiffs United States and State of California filed a complaint in the

23 United States District Court for the Central District of California, Case No. 90-3122R,

24 which complaint names as defendants, among others, Montrose Chemical Corporation of

25 California;

26         Whereas, defendant Montrose filed counterclaims against South Coast Air Quality

27 Management District ("SCAQMD" or "Defendants") among others;

28         THIS CONSTITUTES NOTICE OF ENTRY
         AS REQUIRED BY FRCP, RULE 77(d).

2102

AUG - 8 2000

1    Whereas, Defendant Montrose and counterdefendant South Coast Air Quality

2  Management District have agreed that dismissal of these claims is appropriate. and

3    Whereas, both parties wish to preserve the Court's resources and time;

4

5    **THEREFORE IT IS HEREBY STIPULATED** by and between all parties

6  through their designated counsel that all counterclaims against South Coast Air Quality

7  Management District are dismissed, with prejudice, and with each party to bear its own

8  costs in this action.

9

10  **SO STIPULATED**

11  For Defendant South Coast Air                BARBARA BAIRD
    Quality Management District                  District Counsel
12                                               FRANCES L. KEELER
                                                 Sr. Deputy District Counsel
13

14  Dated: ___7/27/00___

15                                               FRANCES L. KEELER
                                                 Attorneys for South Coast Air
16                                               Quality Management District

17

18  For Defendant, Counter-Claimant and         KARL S. LYTZ
    Crossclaimant Montrose Chemical             Latham & Watkins
19  Corporation of California                    505 Montgomery Street
                                                 San Francisco, CA  94111
20

21  Dated: ___7/2/00___

22                                               KARL S. LYTZ
                                                 Attorney for Defendant, Counter-
23                                               Claimant and Crossclaimant Montrose

24

25

26

27

28

                                    2

For Plaintiff United States of America

LOIS SCHIFFER
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

STEVEN O'ROURKE
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice

Dated: _Ay 1, 2000_

STEVEN O'ROURKE
Attorneys for the United States

For Plaintiff State of California

BILL LOCKYER
Attorney General of the State of California
J. MATTHEW RODRIGUEZ
Assistant Attorney General
JOHN A. SAURENMAN
Deputy Attorney General

Dated: _Jly 28, 2000_

JOHN A. SAURENMAN
Attorneys for State of California, et al.

For Defendants Zeneca Holdings, Inc.,
Atkemix Thirty-Seven, Inc. and Stauffer
Management Company

PAUL GALVANI
Ropes & Gray
One International Place
Boston, MA 92110

Dated: _7/3/00_

PAUL GALVANI
Attorney for Defendants Zeneca Holdings,
Inc., Atkemix Thirty-Seven, Inc. and
Stauffer Management Company and
Aventis CropScience USA, Inc.

c:\windows\temp\stip dismissal.doc

3

For Defendant Chris-Craft Industries     PETER SIMSHAUSER
Skadden, Arps, Slate, Meagher & Flom.
LLP
300 South Grant Avenue
Los Angeles, CA  90071


PETER SIMSHAUSER
Attorney for Defendant Chris-Craft
Industries

Dated: _____

SO ORDERED this ___7th___ day of ___August___, 2000

_____
HONORABLE MANUEL REAL
United States District Judge

4

1                                       **PROOF OF SERVICE**

2   STATE OF CALIFORNIA

3   COUNTY OF LOS ANGELES

4         I, Becky Garcia, am employed in the aforesaid County, State of California; I am over the

5   age of 18 years and not a party to the within action; my business address is 21865 E. Copley

6   Drive, Diamond Bar, California 91765.

7         On August 3, 2000, I served the foregoing **JOINT STIPULATION AND ORDER**

8   **DISMISSING CLAIMS AGAINST SOUTH COAST AIR QUALITY MANAGEMENT**

9   **DISTRICT UNDER RULE 41(a)** on the interested parties in this action by placing a true copy

10   thereof, enclosed in a sealed envelope, addressed as follows:

11                               **See attached service list**.

12   __X__     BY MAIL

13         __  __     I placed such envelope for deposit in the U.S. Mail for service by the United

14                 States Postal Service, with postage thereon fully prepaid.

15         __X__     As follows: I am "readily familiar" with the firm's practice of collection and

16                 processing correspondence for mailing. Under that practice, it would be deposited

17                 with the United States Postal Service on that same day with postage thereon fully

18                 prepaid at Diamond Bar, California. I am aware that on motion of the party

19                 served, service is presumed invalid if postal cancellation date or postage meter

20                 date is more than one day after date of deposit for mailing in affidavit.

21   __  __     (BY PERSONAL SERVICE) I caused such envelope to be delivered by hand to the

22         offices of the addressee.

23   __X__     (State) I declare under penalty of perjury under the laws of the State of California that the

24         foregoing is true and correct.

25   Executed on August 3, 2000, at Diamond Bar, California.

26

27                                   _Becky Garcia_
                                        Becky Garcia

28

# UNITED STATES v. MONTROSE, et al.
CV 90-3122r (JRx)

## LIAISON COUNSEL SERVICE LIST

1.    For Plaintiffs/Counter-Defendants/State Third-Party Defendants:

Steve O'Rourke, Esq.
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C.  20044
Tel: (202) 514-2779
Fax: (202) 514-2583

John A. Saurenman, Esq.
Deputy Attorney General
California Department of Justice
300 South Spring Street
Room 5212
Los Angeles, CA  90013
Tel: (213) 897-2702
Fax: (213) 897-2801

2.    For DDT Industrial Defendants

Joseph C. Kelly, Esq.
ZENECA, INC.
Law Department, General Section
1800 Concord Pike
Concord Pike and New Murphy Road
Wilmington, DE  19850-5437
Tel: (302) 886-3745
Fax: (302) 886-2952

Paul B. Galvani, Esq.
ROPES & GRAY
One International Place
Boston, MA  02110-2624
Tel: (617) 951-7000
Fax: (617) 951-7050

Karl S. Lytz, Esq.
LATHAM & WATKINS
505 Montgomery Street, Suite 1900
San Francisco, CA  94111-2562
Tel: (415) 391-0600
Fax: (415) 395-8095

1
        **Kimberly M. McCormick, Esq.**
        LATHAM & WATKINS
2
        701 "B" Street, Suite 2100
        San Diego, CA 92101-8197
3
        Tel: (619) 236-1234
        Fax: (619) 696-7419
4

5
 3.     For PCB Industrial Defendants:

6
        **Charles B. Cohler, Esq.**
        LASKY, HASS & COHLER
7
        505 Sansome Street, 12th Floor
        San Francisco, CA 94111-3183
8
        Tel: (415) 788-2700
        Fax: (415) 981-4025

9
 4.     For Defendant LACSD and Other County Sanitation Districts of Los Angeles County:
10
        **B. Richard Marsh, Esq.**
        **Wesley G. Beverlin, Esq.**
11
        KNAPP, MARSH, JONES & DORAN
        Manulife Plaza, Suite 1240
12
        515 South Figueroa Street
        Los Angeles, CA 90071
13
        Tel: (213) 627-8471
        Fax: (213) 627-7897
14

15
 5.     For Third-Party Defendant City of Los Angeles:
16
        **Keith W. Pritsker, Esq.**
        Deputy City Attorney
17
        1800 City Hall East
        200 North Main Street
18
        Los Angeles, CA 90012
        Tel: (213) 485-5637
        Fax: (213) 237-0399
19

20
 6.     For Los Angeles County Third-Party Defendants That Discharge to the JOS:
21
        **Rufus C. Young, Jr., Esq.**
        **Stephen R. Onstot, Esq.**
22
        **Jeffrey Kightlinger, Esq.**
        BURKE, WILLIAMS & SORENSEN
23
        611 West Sixth Street, Suite 2500
        Los Angeles, CA 90017
24
        Tel: (213) 236-0600
        Fax: (213) 236-2700 & 236-2800
25

26

27

28

Cary S. Reisman, Esq.
Robert L. Kress, Esq.
WALLIN, KRESS, REISMAN, PRICE & DILKES
2800 Twenty-Eighth Street, Suite 315
Santa Monica, CA 90405-6205
Tel: (310) 450-9582
Fax: (310) 450-0506

7.    For Los Angeles County Third-Party Defendants That Do Not Discharge to the JOS:

Harry L. Gershon, Esq.
RICHARDS, WATSON & GERSON
333 South Hope Street, 38th Floor
Los Angeles, CA 90071-1469
Tel: (213) 626-8484
Fax: (213) 626-0078

Richard L. Montevideo, Esq.
RUTAN & TUCKER LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Tel: (714) 641-5100
Fax: (714) 546-9035

8.    Third-Party Defendant County of Los Angeles:

David J. Prager, Esq.
Law Offices of David J. Prager
2800 28th Street, Suite 315
Santa Monica, CA 90405-6205
Tel: (310) 664-9004
Fax: (310) 664-9003

9.    Third-Party Defendant City of Long Beach:

Lisa Peskay Malmsten, Esq.
Deputy City Attorney
333 W. Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664
Tel: (310) 590-2227
Fax: (310) 436-1579

10.   Third-Party Defendants Orange County Municipalities and Sanitation Districts in Orange County:

Thomas L. Woodruff, Esq.
Bradley R. Hogin, Esq.
WOODRUFF, SPRADLIN & SMART
701 South Parker Street, Suite 7000
Orange, CA 92868-4720
Tel: (714) 558-7000
Fax: (714) 835-7787

11.   Third-Party Defendants Ventura County and Municipalities and Sanitation Districts in Ventura County:

> **Rufus C. Young, Jr., Esq.**
> **Stephen R. Onstot, Esq.**
> **Jeffrey Kightlinger, Esq.**
> BURKE, WILLIAMS & SORENSEN
> 611 West Sixth Street, Suite 2500
> Los Angeles, CA  90017
> Tel: (213) 236-0600
> Fax: (213) 236-2700 & 236-2800

> **Harry L. Gershon, Esq.**
> RICHARDS, WATSON & GERSON
> 333 South Hope Street, 38th Floor
> Los Angeles, CA  90071-1469
> Tel: (213) 626-8484
> Fax: (213) 626-0078

12.   Third-Party Defendant Municipalities, and Water and Sanitation Districts in San Bernardino County:

> **Mary L. Walker, Esq.**
> BROBECK, PHLEGER & HARRISON
> 550 West C Street, Suite 1300
> San Diego, CA  92101
> Tel: (619) 234-1966
> Fax: (619) 234-3848

> **Lois E. Jeffrey, Esq.**
> **Daniel K. Spradlin, Esq.**
> WOODRUFF, SPRADLIN & SMART
> 701 South Parker Street, Suite 7000
> Orange, CA  92868-4720
> Tel: (714) 558-7000
> Fax: (714) 835-7787