LATHAM & WATKINS
   Karl S. Lytz (SBN 110895)
   Richard W. Raushenbush (SBN 134983)
505 Montgomery St., Suite 1900
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Attorneys for Defendant
Montrose Chemical Corporation of California

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

United States of America, et al.,

        Plaintiff,

v.

Montrose Chemical Corporation of California, et al.,

        Defendants.

And Related Counterclaims, Cross-Claims and Third-Party Actions.

CASE NO. CV 90 3122-R

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT MONTROSE CHEMICAL CORPORATION OF CALIFORNIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OVERSIGHT COSTS INCURRED BY EPA

Date: August 7, 2000
Time: 10:00 a.m.
Place: Courtroom 8

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).

      Pursuant to Local Rule 7.14.1 of the Local Rules of the United States District Court for the Central District of California, defendant Montrose Chemical Corporation of California ("Montrose") respectfully submits this Statement of Uncontroverted Facts and Conclusions of Law in Support of Montrose's Motion for Partial Summary Judgment Regarding Oversight Costs Incurred by EPA.

STATEMENT OF UNCONTROVERTED FACTS

A. <u>The Second Amendment To Administrative Order On Consent, U.S. Docket No. 85-04, Governs Montrose's Obligation To Reimburse EPA For Oversight Costs Incurred After August 11, 1989</u>

1   Case No. CV 90-3122-R
Statement of Uncontroverted Facts In Suport of Partial Motion for Summary Judgment Re: Oversight Costs

AUG - 8 2000

1. The United States Environmental Protection Agency ("EPA") and Montrose have entered into the Second Amendment to Administrative Order on Consent, U.S. Docket No. 85-04 (hereinafter "Second AOC"), whose effective date is July 11, 1989. Raushenbush Declaration, Exhibit 1.

2. Pursuant to the Second AOC, Montrose agreed to "reimburse the Hazardous Substances Superfund for future oversight costs, including EPA's indirect costs, incurred by EPA" to oversee and review Montrose's work under the AOC within thirty days of receiving an EPA annual accounting of such costs. Raushenbush Declaration, Exhibit 1 at 15-16.

4. Pursuant to the Second AOC: "At the end of each calendar quarter, EPA shall submit to Montrose and [sic] accounting of all oversight costs based on Region IX accounting documentation. . . ." Raushenbush Declaration, Exhibit 1 at 15-16.

5. Pursuant to the Second AOC, EPA agreed to "submit to Montrose, no more than annually, an accounting of all oversight costs expended during the past calendar year based on accounting documentation from EPA headquarters." Raushenbush Declaration, Exhibit 1 at 15-16.

6. Pursuant to the Second AOC: "Failure to include all relevant oversight costs in the submittal at the end of any particular annual accounting will not preclude the EPA from seeking such costs in any subsequent year, *up to six (6) years subsequent to EPA's incurrence of such costs.*" Raushenbush Declaration, Exhibit 1 at 15-16 (Emphasis added.)

B. <u>Since November 7, 1991, EPA Has Failed To Submit To Montrose Either Quarterly Accountings Of Its Oversight Costs or The Annual Accountings Required By The Second AOC</u>

1. On November 7, 1991, EPA sent a letter to Montrose demanding payment in the amount of $324,612.37 for "costs incurred by EPA for CERCLA response activities" at the Montrose site from August 11, 1989 to December 31, 1990. Raushenbush Declaration, Exhibit 2.

2. Montrose paid the $324,612.37 demanded by the EPA. Raushenbush

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

2

Case No. CV 90-3122-R
Statement of Uncontroverted Facts In Suport of Partial
Motion for Summary Judgment Re: Oversight Costs

1 Declaration, Exhibit 3.

2     3. The EPA has not provided Montrose with any quarterly accountings or any annual accountings of oversight costs subject to the Second AOC since November 7, 1991. Raushenbush Declaration, Exhibit 3.

## CONCLUSIONS OF LAW

1. Under the Second AOC, EPA has waived its right to seek reimbursement of oversight costs incurred from January 1, 1991 through six years prior to any future date that EPA submits to Montrose the accountings required by the Second AOC.

2. EPA is not entitled to seek any prejudgment interest for oversight costs subject to the Second AOC.

Dated: July 13, 2000

LATHAM & WATKINS
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
Telephone: (415) 391-0600

By _____
Richard W. Raushenbush
Attorneys for Defendant, Counterclaimant and Cross-Claimant MONTROSE CHEMICAL CORPORATION OF CALIFORNIA

SF_DOCS\245445 1 [W97]

*[Signature] 8-7-00*
*U.S.D.J.*

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

Case No. CV 90-3122-R
3    Statement of Uncontroverted Facts In Suport of Partial Motion for Summary Judgment Re: Oversight Costs

# PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins, 505 Montgomery Street, Suite 1900, San Francisco, CA 94111-2562.

On **July 13, 2000**, I served the following document described as:

**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF DEFENDANT MONTROSE CHEMICAL CORPORATION OF CALIFORNIA'S MOTION FOR PARTIAL SUMMARY JUDGMENT REGARDING OVERSIGHT COSTS INCURRED BY EPA**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service:

See Attached Service List

**BY OVERNIGHT MAIL DELIVERY**

I am familiar with the office practice of Latham & Watkins for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Express Mail or other express service carrier; such documents are delivered for overnight mail delivery by Express Mail or other express service carrier on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for overnight mail delivery by Express Mail or other express service carrier:

See Attached Service List

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 13, 2000**, at San Francisco, California.

Sandra Nelson

SF_DOCS\245473.1 [W97]

UNITED STATES AND STATE OF CALIFORNIA v. MONTROSE CHEMICAL
CORPORATION OF CALIFORNIA, et al., CV-90-3122-R

SERVICE LIST

**VIA FEDERAL EXPRESS OVERNIGHT:**

1. For Plaintiffs/Counter-Defendants/State Third-Party Defendants:

**Steven O'Rourke, Esq.**
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 514-2779
Fax: (202) 514-2583

OVERNIGHT MAIL:

1425 New York Avenue, N.W., 13th Floor
Washington, D.C. 20005

**John A. Saurenman, Esq.**
Deputy Attorney General
CALIFORNIA DEPARTMENT OF JUSTICE
300 South Spring Street, Room 5212
Los Angeles, CA 90013
Tel: (213) 897-2702
Fax: (213) 897-2801

**Richard H. Borow, Esq.**
IRELL & MANELLA, LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Tel: (310) 277-1010
Fax: (310) 203-7199

**H. Michael Semler, Esq.**
Environmental Defense Section
Environment and Natural Resources Division
U.S. DEPARTMENT OF JUSTICE
P. O. Box 23986
Washington, D.C. 20026-3986
Tel: (202) 514-1542
Fax: (202) 616-2426

OVERNIGHT MAIL:

601 D Street, N.W., Suite 8116
Washington, D.C. 20004

**VIA REGULAR MAIL**

2. For DDT Industrial Defendants:

**Peter Simshauser, Esq.**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 S. Grand Avenue, Ste. 3400
Los Angeles, CA 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Paul G. Galvani, Esq.
ROPES & GRAY
One International Place
Boston, MA  02110-2624

Tel: (617) 951-7000
Fax: (617) 951-7050

Cary B. Lerman, Esq.
Cynthia L. Burch, Esq.
Michael R. Barsa, Esq.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

3.   For PCB Industrial Defendants:

Charles B. Cohler, Esq.
Christopher Yates, Esq.
LASKY, HAAS, COHLER & MUNTER
505 Sansome Street, 12th Floor
San Francisco, CA  94111-3183
Tel: (415) 788-2700
Fax: (415) 981-4025

4.   For Defendant LACSD and Other County Sanitation Districts of Los Angeles County:

B. Richard Marsh, Esq.
Wesley G. Beverlin, Esq.
KNAPP, MARSH, JONES & DORAN
Manulife Plaza, Suite 1400
515 South Figueroa Street
Los Angeles, CA  90071
Tel: (213) 627-8471
Fax: (213) 627-7897

5.   For Third-Party Defendant City of Los Angeles:

Keith W. Pritsker, Esq.
Deputy City Attorney
1700 City Hall East
200 North Main Street
Los Angeles, CA  90012
Tel: (213) 485-7513
Fax: (213) 485-8899

SF_DOCS\232959.1 [W97]

6.     For Los Angeles County Third-Party Defendants That Discharge to the JOS:

>  **Rufus C. Young, Jr., Esq.**
>  **Stephen R. Onstot, Esq.**
>  **Jeffrey Kightlinger, Esq.**
>  BURKE, WILLIAMS & SORENSEN
>  611 West Sixth Street, Suite 2500
>  Los Angeles, CA 90017
>  Tel: (213) 236-0600
>  Fax: (213) 236-2700 & 236-2800

>  **Cary S. Reisman, Esq.**
>  **Robert L. Kress, Esq.**
>  WALLIN, KRESS, REISMAN & KRANITZ
>  2800 Twenty-Eighth Street, Suite 315
>  Santa Monica, CA 90405-6205
>  Tel: (310) 450-9582
>  Fax: (310) 450-0506

7.     For Los Angeles County Third-Party Defendants That Do Not Discharge to the JOS:

>  **Harry L. Gershon, Esq.**
>  RICHARDS, WATSON & GERSHON
>  333 South Hope Street, 38th Floor
>  Los Angeles, CA 90071-1469
>  Tel: (213) 626-8484
>  Fax: (213) 626-0078

>  **Richard L. Montevideo, Esq.**
>  RUTAN & TUCKER
>  611 Anton Boulevard, Suite 1400
>  Costa Mesa, CA 92626
>  Tel: (714) 641-5100
>  Fax: (714) 546-9035

8.     Third-Party Defendant County of Los Angeles:

>  **David J. Prager, Esq.**
>  LAW OFFICES OF DAVID J. PRAGER
>  2800 28th Street, Suite 315
>  Santa Monica, CA 90405-6205
>  Tel: (310) 664-9004
>  Fax: (310) 664-9003

9.     Third-Party Defendant City of Long Beach:

>  **Lisa Peskay Malmsten, Esq.**
>  Deputy City Attorney
>  333 W. Ocean Boulevard, 11th Floor
>  Long Beach, CA 90802
>  Tel: (562) 570-2227
>  Fax: (562) 436-1579

10. Third-Party Defendants Orange County Municipalities and Sanitation Districts in Orange County:

   **Thomas L. Woodruff, Esq.**
   **Bradley R. Hogin, Esq.**
   WOODRUFF, SPRADLIN, & SMART
   701 South Parker Street, Suite 7000
   Orange, CA 92868
   Tel: (714) 558-7000
   Fax: (714) 835-7787

11. Third-Party Defendants Ventura County and Municipalities and Sanitation Districts in Ventura County:

   **Rufus C. Young, Jr., Esq.**
   **Stephen R. Onstot, Esq.**
   **Jeffrey Kightlinger, Esq.**
   BURKE, WILLIAMS & SORENSEN
   611 West Sixth Street, Suite 2500
   Los Angeles, CA 90017
   Tel: (213) 236-0600
   Fax: (213) 236-2700 & 236-2800

   **Harry L. Gershon, Esq.**
   RICHARDS, WATSON & GERSHON
   333 South Hope Street, 38th Floor
   Los Angeles, CA 90071-1469
   Tel: (213) 626-8484
   Fax: (213) 626-0078

12. Third-Party Defendant Municipalities, and Water and Sanitation Districts in San Bernardino County:

   **Mary L. Walker, Esq.**
   **Joan M. Brinkman, Esq.**
   BROBECK, PHLEGER & HARRISON LLP
   12390 El Camino Real
   San Diego, CA 92130
   Tel: (858) 720-2500
   Fax: (858) 720-2555

   **Lois E. Jeffrey, Esq.**
   **Daniel K. Spradlin, Esq.**
   WOODRUFF, SPRADLIN & SMART
   701 South Parker Street, Suite 7000
   Orange, CA 92668
   Tel: (714) 558-7000
   Fax: (714) 835-7787