| | |
|---|---|
| 1 | COUNSEL LISTED ON SIGNATURE PAGES |

FILED
SEP 11 2000
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
2000 SEP -8 PM 12:14
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| 11 | United States of America, et al., | CASE NO. CV 90-3122-R |
| 12 | Plaintiffs, | **STIPULATED [PROPOSED] ORDER REGARDING USE OF CERTAIN DEPOSITIONS AT TRIAL** |
| 13 | v. | |
| 14 | Montrose Chemical Corporation of California, et al., | |
| 15 | Defendants. | |
| 17 | And Related Counterclaims, Cross-Claims and Third-Party Actions. | |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

ENTERED ON ILMS
9/12/00  2390

WHEREAS, during the course of this action, plaintiffs have deposed the following former employees of Montrose Chemical Corporation of California: Vincent Anicich, Bernard Bratter, Walter Carey, Guy DiMichele, Jack Fitzgerald, Charles Gardner, Lane Hodgin, John Kallok, Vernon Shehan, Ferdinand Suhrer, and Kurt Weston;

Whereas some of those witnesses were examined at length, and some of them are of advanced age;

Whereas all parties desire to accommodate these witnesses and to save the Court's time;

Whereas some of the witnesses fall within the purview of Federal Rule of Civil Procedure 32(a) so that depositions may be used, but others may not fall precisely within the ambit of Rule 32(a);

Whereas, pursuant to Local Rule 9.4.9, plaintiffs and defendants have identified the excerpts of such individuals' deposition testimony that each party intends to present at trial, plaintiffs have designated rebuttal testimony and, pursuant to agreement of the parties, defendants will finalize their rebuttal testimony for such witnesses by September 9, 2000, and all parties will make any objections to the identified deposition excerpts by September 12, 2000.

Plaintiffs, Defendants, and Counter-Claim Defendants stipulate, and the Court orders as follows:

1. The following witnesses shall testify in trial only by deposition designation: Vincent Anicich; Bernard I. Bratter; Walter Carey; Guy A. DiMichele; Jack Fitzgerald; Charles Lee Gardner; Lane Hodgin; John L. Kallok; Vernon (Joseph) Shehan; Ferdinand Suhrer; and Kurt M. Weston.

2. Cross examination and re-direct of all witnesses listed in Paragraph 1 shall be only by deposition designation.

3. The deposition testimony of each such witness shall have the same force as if the witness had been called to testify live.

4. All parties may rely on the testimony offered under this stipulation, and no party shall be required to show the existence of any of the circumstances set forth in Rule 32(a)

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

1 | *to offer the deposition testimony.*

2 |     5.    All parties reserve the right to object to the admissibility of such evidence on grounds other than Federal Rule of Civil Procedure 32(a) (3), and to make any arguments going to the weight of the testimony.

    6.    The deposition testimony to be presented shall be that identified in compliance with Local Rule 9.4.9 as described above. In addition, the parties may mark the deposition testimony on copies of certified copies of the deposition transcripts for the individuals identified in Paragraph 1.

    7.    Transcripts marked pursuant to Local Rule 9.4.9 and Paragraph 6 shall be lodged with the Court on September 19, 2000, and the parties will file indices of the marked portions in compliance with Local Rule 9.4.9 on September 19, 2000. The indices will include a list of objections and the grounds therefore. The Court will rule on the objections on October 2, 2000, at 10:00 a.m.

    8.    Marked deposition testimony for which no objection has been sustained will be accepted as testimony without being read out loud in Court. However, the parties may read pertinent portions of any such deposition testimony out loud at the option of the party offering the testimony.

IT IS SO ORDERED:

Dated: September 11, 2000

_____
THE HONORABLE MANUEL REAL
UNITED STATES DISTRICT JUDGE

So Stipulated:

LOIS SCHIFFER
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

```
                                    STEVEN O'ROURKE
                                    ANN HURLEY
                                    BRIAN ISRAEL
                                    Attorneys for the United States
                                    Environmental Enforcement Section
                                    Environment & Natural Resources Division
                                    United States Department of Justice
                                    P.O. Box 7611
                                    Washington, D.C. 20044-7611
                                    Telephone: (202) 514-2779
```

Dated: September 6, 2000         By: /s/ Steven O'Rourke
                                     Steven O'Rourke
                                     Attorneys for the United States


                                    BILL LOCKYER
                                    Attorney General of the State of California
                                    J. MATTHEW RODRIQUEZ
                                    Assistant Attorney General
                                    JOHN A. SAURENMAN
                                    Deputy Attorney General
                                    300 South Spring Street
                                    Los Angeles, California 90013
                                    Telephone: (213) 897-2702; (213) 897-9442

Dated: September 6, 2000         By: /s/ John A. Saurenman
                                     John A. Saurenman
                                     Attorneys for State of California, et al.


                                    LATHAM & WATKINS
                                    505 Montgomery Street
                                    San Francisco, CA 94111
                                    Telephone: 415-391-0600
                                        Karl S. Lytz
                                        Richard W. Raushenbush

Dated: September 6, 2000         By /s/ Richard W. Raushenbush
                                     Richard W. Raushenbush
                                     Attorneys for Defendant, Counterclaimant and
                                     Cross-Claimant
                                     MONTROSE CHEMICAL CORPORATION OF
                                     CALIFORNIA

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

3

| | | |
|---|---|---|
| 1 | Dated: September 6, 2000 | ROPES & GRAY |
| 2 | | One International Place<br>Boston, MA 02110-2624 |
| 3 | | Telephone: (617) 951-7000 |
| 4 | | By _____<br>Paul B. Galvani |
| 5 | | Attorneys for Defendants, Counterclaimants, and<br>Cross-Claimants AVENTIS CROPSCIENCE USA, |
| 6 | | INC. and ATKEMIX THIRTY-SEVEN, INC. |
| 7 | | |
| 8 | Dated: September 6, 2000 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 9 | | Four Embarcadero Center, Suite 3800<br>San Francisco, CA 94111-5974 |
| 10 | | Telephone: (415) 984-6400 |
| 11 | | |
| 12 | | By _____<br>Jose R. Allen |
| 13 | | Attorneys for Defendant, Counterclaimant, and<br>Cross-Claimant CHRIS-CRAFT INDUSTRIES, |
| 14 | | INC. |
| 15 | SF_DOCS\252908.1 [W97] | |

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

4

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins, 505 Montgomery Street, Suite 1900, San Francisco, CA 94111-2562.

On **September 7, 2000**, I served the following document described as:

**STIPULATED [PROPOSED] ORDER REGARDING USE OF CERTAIN DEPOSITIONS AT TRIAL**

by serving a true copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins for collecting and processing documents for mailing with the United States Postal Service:

See Attached List

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2000**, at San Francisco, California.

Sandra Nelson

LATHAM & WATKINS
ATTORNEYS AT LAW
SAN FRANCISCO

1

UNITED STATES AND STATE OF CALIFORNIA v. MONTROSE CHEMICAL
CORPORATION OF CALIFORNIA, et al., CV-90-3122-R

## SERVICE LIST

1. For Plaintiffs/Counter-Defendants/State Third-Party Defendants:

    Steven O'Rourke, Esq.
    U.S. DEPARTMENT OF JUSTICE
    Environmental Enforcement Section
    P.O. Box 7611
    Washington, D.C. 20044-7611

    Tel: (202) 514-2779
    Fax: (202) 514-2583

    OVERNIGHT MAIL:

    Steven O'Rourke, Esq.
    U.S. DEPARTMENT OF JUSTICE
    Environmental Enforcement Section
    Environment & Natural Resources Division
    1425 New York Avenue, N.W., 13th Floor
    Washington, D.C. 20005

    **John A. Saurenman, Esq.**
    Deputy Attorney General
    CALIFORNIA DEPARTMENT OF JUSTICE
    300 South Spring Street, Room 5212
    Los Angeles, CA 90013
    Tel: (213) 897-2702
    Fax: (213) 897-2801

    **Richard H. Borow, Esq.**
    IRELL & MANELLA, LLP
    1800 Avenue of the Stars, Suite 900
    Los Angeles, CA 90067-4276
    Tel: (310) 277-1010
    Fax: (310) 203-7199

    **H. Michael Semler, Esq.**
    Environmental Defense Section
    Environment and Natural Resources Division
    U.S. DEPARTMENT OF JUSTICE
    P. O. Box 23986
    Washington, D.C. 20026-3986
    Tel: (202) 514-1542
    Fax: (202) 616-2426

    OVERNIGHT MAIL:

    601 D Street, N.W., Suite 8116
    Washington, D.C. 20004

2. For DDT Industrial Defendants:

    **Peter Simshauser, Esq.**
    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
    300 S. Grand Avenue, Ste. 3400
    Los Angeles, CA 90071-3144
    Tel: (213) 687-5000
    Fax: (213) 687-5600

SF_DOCS\232959.1 [W97]



Paul G. Galvani, Esq.
ROPES & GRAY
One International Place
Boston, MA  02110-2624

Tel: (617) 951-7000
Fax: (617) 951-7050

Cary B. Lerman, Esq.
Cynthia L. Burch, Esq.
Michael R. Barsa, Esq.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560

3.   For PCB Industrial Defendants:

Charles B. Cohler, Esq.
Christopher Yates, Esq.
LASKY, HAAS, COHLER & MUNTER
505 Sansome Street, 12th Floor
San Francisco, CA  94111-3183
Tel: (415) 788-2700
Fax: (415) 981-4025

4.   For Defendant LACSD and Other County Sanitation Districts of Los Angeles County:

B. Richard Marsh, Esq.
Wesley G. Beverlin, Esq.
KNAPP, MARSH, JONES & DORAN
Manulife Plaza, Suite 1400
515 South Figueroa Street
Los Angeles, CA  90071
Tel: (213) 627-8471
Fax: (213) 627-7897

5.   For Third-Party Defendant City of Los Angeles:

Keith W. Pritsker, Esq.
Deputy City Attorney
1700 City Hall East
200 North Main Street
Los Angeles, CA  90012
Tel: (213) 485-7513
Fax: (213) 485-8899

6.     For Los Angeles County Third-Party Defendants That Discharge to the JOS:

    **Rufus C. Young, Jr., Esq.**
    **Stephen R. Onstot, Esq.**
    **Jeffrey Kightlinger, Esq.**
    BURKE, WILLIAMS & SORENSEN
    611 West Sixth Street, Suite 2500
    Los Angeles, CA 90017
    Tel: (213) 236-0600
    Fax: (213) 236-2700 & 236-2800

    **Cary S. Reisman, Esq.**
    **Robert L. Kress, Esq.**
    WALLIN, KRESS, REISMAN & KRANITZ
    2800 Twenty-Eighth Street, Suite 315
    Santa Monica, CA 90405-6205
    Tel: (310) 450-9582
    Fax: (310) 450-0506

7.     For Los Angeles County Third-Party Defendants That Do Not Discharge to the JOS:

    **Harry L. Gershon, Esq.**
    RICHARDS, WATSON & GERSHON
    333 South Hope Street, 38th Floor
    Los Angeles, CA 90071-1469
    Tel: (213) 626-8484
    Fax: (213) 626-0078

    **Richard L. Montevideo, Esq.**
    RUTAN & TUCKER
    611 Anton Boulevard, Suite 1400
    Costa Mesa, CA 92626
    Tel: (714) 641-5100
    Fax: (714) 546-9035

8.     Third-Party Defendant County of Los Angeles:

    **David J. Prager, Esq.**
    LAW OFFICES OF DAVID J. PRAGER
    2800 28th Street, Suite 315
    Santa Monica, CA 90405-6205
    Tel: (310) 664-9004
    Fax: (310) 664-9003

9.     Third-Party Defendant City of Long Beach:

    **Lisa Peskay Malmsten, Esq.**
    Deputy City Attorney
    333 W. Ocean Boulevard, 11th Floor
    Long Beach, CA 90802
    Tel: (562) 570-2227
    Fax: (562) 436-1579

10. Third-Party Defendants Orange County Municipalities and Sanitation Districts in Orange County:

   **Thomas L. Woodruff, Esq.**
   **Bradley R. Hogin, Esq.**
   WOODRUFF, SPRADLIN, & SMART
   701 South Parker Street, Suite 7000
   Orange, CA 92868
   Tel: (714) 558-7000
   Fax: (714) 835-7787

11. Third-Party Defendants Ventura County and Municipalities and Sanitation Districts in Ventura County:

   **Rufus C. Young, Jr., Esq.**
   **Stephen R. Onstot, Esq.**
   **Jeffrey Kightlinger, Esq.**
   BURKE, WILLIAMS & SORENSEN
   611 West Sixth Street, Suite 2500
   Los Angeles, CA 90017
   Tel: (213) 236-0600
   Fax: (213) 236-2700 & 236-2800

   **Harry L. Gershon, Esq.**
   RICHARDS, WATSON & GERSHON
   333 South Hope Street, 38th Floor
   Los Angeles, CA 90071-1469
   Tel: (213) 626-8484
   Fax: (213) 626-0078

12. Third-Party Defendant Municipalities, and Water and Sanitation Districts in San Bernardino County:

   **Mary L. Walker, Esq.**
   **Joan M. Brinkman, Esq.**
   BROBECK, PHLEGER & HARRISON LLP
   12390 El Camino Real
   San Diego, CA 92130
   Tel: (858) 720-2500
   Fax: (858) 720-2555

   **Lois E. Jeffrey, Esq.**
   **Daniel K. Spradlin, Esq.**
   WOODRUFF, SPRADLIN & SMART
   701 South Parker Street, Suite 7000
   Orange, CA 92668
   Tel: (714) 558-7000
   Fax: (714) 835-7787