LATHAM & WATKINS LLP
  Karl S. Lytz (State Bar No. 110895)
  Kelly E. Richardson (State Bar No. 210511)
600 W. Broadway, Suite 1800
San Diego, California 92101
Telephone: (619) 236-1234
Attorneys for Defendant
Montrose Chemical Corporation of California

TISDALE & NICHOLSON, LLP
  Kevin D. Hughes (State Bar No. 188749)
2029 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 286-1260

MCCARTER & ENGLISH, LLP
  J. Wylie Donald
  A. Richard Winchester
405 N. King St.
Wilmington, DE 19801
Telephone: (302) 984-6300
Attorneys for Defendant
Stauffer Management Company LLC

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
  Peter Simshauser (State Bar No. 122576)
One Beacon Street
Boston, MA 02108
Telephone: (617) 573-4800
Attorney for Defendant
News Publishing Australia Limited

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br>            Plaintiffs,<br><br>            v.<br><br>MONTROSE CHEMICAL CORPORATION OF CALIFORNIA, et al.,<br>            Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY ACTIONS | CASE NO.   CV 90 3122-R<br><br>**NOTICE OF JOINDER AND JOINDER OF PLAINTIFFS' REQUEST TO ENTER PARTIAL CONSENT DECREE**<br><br>**Judge:**   Hon. Manuel L. Real |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\925748.3

CASE NUMBER CV 90 3122-R
NOTICE OF JOINDER AND JOINDER TO REQUEST
TO ENTER PARTIAL CONSENT DECREE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Montrose Chemical Corporation of California ("Montrose"), Bayer CropScience Inc., News Publishing Australia Limited, and Stauffer Management Company LLC (the "Settling Defendants") hereby join the Request to Enter Partial Consent Decree, filed by Plaintiffs, the United States of America, on August 20, 2012.

As set forth in Plaintiffs' Request for Entry, it is appropriate to enter the Partial Consent Decree because the Partial Consent Decree is procedurally and substantively fair, reasonable, and consistent with the goals of CERCLA.  *See United States v. Acorn Eng'g Co.*, 221 F.R.D. 530, 539 (C.D. Cal. 2004).  Further, in order to begin construction of this important environmental remediation project in a timely manner, and to take advantage of the parties' progress in resolving groundwater disputes, **Settling Defendants respectfully urge this Court to enter the Partial Consent Decree before August 31, 2012.**

In order to keep the Court apprised of the parties' continuing progress in this case, Montrose and Plaintiffs will continue to submit status conference reports to the Special Master regarding any material developments, as required by the Court's February 17, 2012 Order.

Respectfully submitted,

Dated:  August 21, 2012         LATHAM & WATKINS LLP

  / s /   Karl S. Lytz
Karl S. Lytz
Attorney for Defendant
Montrose Chemical Corporation of California

Dated:  August 21, 2012         MCCARTER & ENGLISH, LLP

  / s /   J. Wylie Donald
J. Wylie Donald
Attorney for Defendant
Stauffer Management Company LLC

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

SD\925748.3

CASE NUMBER CV 90 3122-R
1  NOTICE OF JOINDER AND JOINDER TO REQUEST
TO ENTER PARTIAL CONSENT DECREE

| | | |
|---|---|---|
| 1 | Dated:  August 21, 2012 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| 2 | | |
| 3 | | \_/ s /\_\_Peter Simshauser_____ |
| | | Peter Simshauser |
| 4 | | Attorney for Defendant |
| | | News Publishing Australia Limited |

LATHAM&WATKINS<sup>LLP</sup>  SD\925748.3
ATTORNEYS AT LAW
SAN DIEGO

CASE NUMBER CV 90 3122-R
2  NOTICE OF JOINDER AND JOINDER TO REQUEST
TO ENTER PARTIAL CONSENT DECREE

## PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 600 West Broadway, Suite 1800, San Diego, CA 92101-3375.

On **August 21, 2012**, I served the following documents described as:

**NOTICE OF JOINDER AND JOINDER OF PLAINTIFFS' REQUEST TO ENTER PARTIAL CONSENT DECREE**

by serving true copies of the above-described documents in the following manner:

### BY ELECTRONIC FILING

I am familiar with the United States District Court, Central District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. The CM/ECF users that were served under said practice are identified below.

### BY U.S. MAIL

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

**VIA E-SERVICE:**

Honorable Manuel L. Real
United States District Court
Central District of California, Western Division
Courtroom 8, 2nd Floor
312 N. Spring Street
Los Angeles, CA 90012
r_chambers@cacd.uscourts.gov

| | |
|---|---|
| Thomas P. Carroll | Attorney for Plaintiff |
| Environmental Enforcement Section | United States of America |
| Environment & Natural Resources Division | |
| United States Department of Justice | |
| P.O. Box 7611 | |
| Washington, D.C. 20044-7611 | |

| | | |
|---|---|---|
| 1 | Kamala D. Harris<br>Attorney General of California | Attorneys for Plaintiff<br>State of California |
| 2 | Sally Magnani<br>Senior Assistant Attorney General | |
| 3 | 300 South Spring Street, Suite 1702<br>Los Angeles, CA  90013 | |
| 4 | | |
|   | Brian W. Hembacher | Attorney for Plaintiff |
| 5 | Supervising Deputy Attorney General | State of California |
| 6 | 300 South Spring Street, Suite 1702<br>Los Angeles, CA  90013 | |
| 7 | brian.Hembacher@doj.ca.gov | |
| 8 | Catherine Mitchell Wieman<br>Deputy Attorney General | |
| 9 | Office of the Attorney General<br>Environment Section | |
| 10 | 300 S. Spring Street<br>Los Angeles, CA  90013 | |
| 11 | catherine.wieman@doj.ca.gov | |
| 12 | Peter J Gregora<br>Irell & Manella | |
| 13 | 1800 Avenue of the Stars, Ste 900<br>Los Angeles, CA 90067-4276 | |
| 14 | pgregora@irell.com | |
| 15 | Marvin I Bartel<br>Bartel & Evans | |
| 16 | 4695 MacArthur Court, Ste 310<br>Newport Beach, CA 92660 | |
| 17 | mbartel@bartelevans.com | |
| 18 | David J Prager<br>David J Prager Law Offices | |
| 19 | 2800 28th Street<br>Suite 315 | |
| 20 | Santa Monica, CA 90405-6205<br>prager@wkrklaw.com | |
| 21 | | |
| 22 | Gene Tanaka<br>Best Best and Krieger LLP | |
| 23 | 2001 North Main Street Suite 390<br>Walnut Creek, CA 94596 | |
| 24 | sandra.rosales@bbklaw.com,<br>joy.valdez@bbklaw.com, | |
| 25 | elizabeth.balloue@bbklaw.com,<br>monica.brozowski@bbklaw.com, | |
| 26 | gene.tanaka@bbklaw.com,<br>amy.rodes@bbklaw.com | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | Richard G Montevideo |
| | Rutan & Tucker |
| 2 | 611 Anton Blvd, 14th Fl |
| | Costa Mesa, CA 92626-1931 |
| 3 | rmontevideo@rutan.com |
| 4 | Rufus C Young |
| | Burke Williams & Sorensen |
| 5 | 444 South Flower Street, Suite 2400 |
| | Los Angeles, CA 90071 |
| 6 | ryoung@bwslaw.com |
| 7 | Helen G Arens |
| | CAAG - Office of Attorney General of |
| 8 | California |
| | 300 S Spring St, Ste 5000 |
| 9 | Los Angeles, CA 90013-1230 |
| | helen.arens@doj.ca.gov |
| 10 | |
| | Kevin D Hughes |
| 11 | Tisdale & Nicholson, LLP |
| | 2029 Century Park East, Suite 900 |
| 12 | Los Angeles, CA 90067 |
| | khughes@t-nlaw.com, |
| 13 | ssato@t-nlaw.com |
| 14 | H. Wylie Donald |
| | A. Richard Winchester |
| 15 | McCarter & English LLP |
| | 405 N. King Street, 8th Floor |
| 16 | Wilmington, DE 19801 |
| | jdonald@mccarter.com |
| 17 | awinchester@mccarter.com |
| 18 | Roberto R Orellana |
| | Ventura County Counsel |
| 19 | 800 S Victoria Ave, HOA 4th Floor |
| | Ventura, CA 93009-1830 |
| 20 | robert.orellana@ventura.org |
| 21 | Peter Hsiao |
| | Morrison and Foerster LLP |
| 22 | 555 West Fifth Street Suite 3500 |
| | Los Angeles, CA 90013-1024 |
| 23 | phsiao@mofo.com |
| 24 | Cary B Lerman |
| | Munger Tolles & Olson |
| 25 | 355 S Grand Ave, 35th Fl |
| | Los Angeles, CA 90071-1560 |
| 26 | lermancb@mto.com |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | J Matthew Rodriquez |
| | CAAG - Office of Attorney General of |
| 2 | California |
| | 1100 West A Street |
| 3 | Suite 1100 |
| | Post Office Box 85266 |
| 4 | San Diego, CA 92186-5266 |
| | docketingsdawt@doj.ca.gov |
| 5 | |
| | Robert V Wadden |
| 6 | Manhattan Beach City Attorneys Office |
| | Legal Dept |
| 7 | 1400 Highland Ave |
| | Manhattan Beach, CA 90266-4795 |
| 8 | rwadden@ci.manhattan-beach.ca.us |
| 9 | Jose R Allen |
| | Skadden Arps Slate Meagher & Flom |
| 10 | 4 Embarcadero Center |
| | Ste 3800 |
| 11 | San Francisco, CA 94111 |
| | ruth.mehrwein@skadden.com, |
| 12 | peter.simshauser@skadden.com |
| | gina.lacava@skadden.com |
| 13 | |
| | Eduardo Olivo |
| 14 | Olivo and Plascencia |
| | 320 West Whittier Boulevard, Suite 224 |
| 15 | La Habra, CA 90631 |
| | eolivo@olivo-law.com |
| 16 | |
| | Dean Larry Jackson |
| 17 | Christa & Jackson |
| | 1901 Avenue of the Stars |
| 18 | Suite 1100 |
| | Los Angeles, CA 90067-2331 |
| 19 | dcrawford@christalaw.com, |
| | lchrista@christalaw.com, |
| 20 | ljackson@christalaw.com, |
| | mdavis@christalaw.com |
| 21 | |
| | Wesley G Beverlin |
| 22 | Lewis Brisbois Bisgaard & Smith |
| | 221 N Figueroa St, Ste 1200 |
| 23 | Los Angeles, CA 90012-2601 |
| | beverlin@lbbslaw.com |
| 24 | |
| | Steven R O'Rourke |
| 25 | US Department of Justice |
| | Environmental Enforcement Section |
| 26 | PO Box 7611 |
| | Ben Franklin Station |
| 27 | Washington, DC 20044-7611 |
| | steve.orourke@usdoj.gov |
| 28 | |

| | |
|---|---|
| 1 | Wynne S Furth |
| | Burke Williams and Sorensen LLP |
| 2 | 1901 Harrison Street 9th Floor |
| | Oakland, CA 94612 |
| 3 | shagle@bwslaw.com, |
| | wfurth@bwslaw.com |
| 4 | |
| 5 | **VIA U.S. MAIL [mail service to be completed on August 22, 2012]:** |
| 6 | Charles B Cohler |
| | Moses Lasky |
| 7 | Two Transamerica Ctr |
| | Lasky Haas & Cohler |
| 8 | 2953 Pierce St |
| 9 | San Francisco CA 94123 |
| 10 | Christine WS Byrd |
| | Irell and Manella |
| 11 | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles CA 90067-4276 |
| 12 | |
| 13 | Richard B Stewart |
| | Environment Enforcement Section |
| 14 | US Department of Justice |
| | 301 Howard, Ste 870 |
| 15 | San Francisco CA 91405 |
| 16 | |
| | Arnold M Alvarez-Glasman |
| 17 | West Tower |
| | Alvarez-Glasman & Colvin |
| 18 | 13181 Crossroads Parkway North, Suite 400 |
| 19 | City of Industry CA 91746 |
| 20 | John Rains Calhoun |
| | Lisa Peskay Malmsten |
| 21 | Long Beach City Attorney |
| | 333 W Ocean Blvd, Ste 1100 |
| 22 | Long Beach CA 90802-4664 |
| 23 | |
| | James L McBride |
| 24 | Ventura County Counsel |
| | 800 S Victoria Ave, Ste L-1830 |
| 25 | Ventura CA 93009-0001 |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Cary S Reisman |
| | Wallin Kress Reisman & Kranitz |
| 2 | 2800 28th St, Ste 315 |
| 3 | Santa Monica CA 90405-6205 |
| 4 | Byron Richard Marsh |
| | Lewis Brisbois Bisgaard & Smith |
| 5 | 221 N Figueroa St, Ste 1200 |
| | Los Angeles CA 90012-2601 |
| 6 | |
| 7 | Roscoe Trimmier |
| | Paul B Galvani |
| 8 | Ellen Page DelSole |
| | David A Brown |
| 9 | Debra Brown Allen |
| | Laurie R Wallach |
| 10 | Harvey J Wolkoff |
| | Robert A Skinner |
| 11 | Thomas H Hannigan |
| 12 | Ropes & Gray |
| | 800 Boylston Street |
| 13 | Boston, MA 02199 |
| 14 | |
| | Mary Scoonover |
| 15 | CAAG - Office of Attorney General of |
| | California |
| 16 | 300 S Spring St, Ste 5000 |
| | Los Angeles CA 90013-1230 |
| 17 | |
| | Paul Anthony Dezurick |
| 18 | Carolyn Lown |
| 19 | Graham & James |
| | 1 Maritime Plaza, Ste 300 |
| 20 | San Francisco CA 94111-3492 |
| 21 | |
| | Scott A Schachter |
| 22 | H Michael Semler |
| | Environmental Defense Section |
| 23 | US Department of Justice |
| | PO Box 23986 |
| 24 | Washington DC 20026-3986 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Steven Talson |
| 2 | Ann V Crowley |
| | Environmental & Occupational Disease Sec |
| 3 | US Department of Justice |
| | P O Box 340 Ben Franklin Station |
| 4 | Washington DC 20004 |
| 5 | Mary L Walker |
| | Joan M Brinkmann |
| 6 | Paul Hastings Janofsky & Walker |
| | 3579 Valley Centre Dr |
| 7 | San Diego CA 92130 |
| 8 | |
| | Stephen L Marsh |
| 9 | Michael Jesse Perez |
| | Luce Forward Hamilton & Scripps |
| 10 | 600 W Broadway, Ste 2600 |
| | San Diego CA 92101 |
| 11 | |
| 12 | Anita O Aviles |
| | Eduardo Olivo Law Offices |
| 13 | 320 West Whittier Boulevard, Suite 224 |
| | La Habra CA 90631 |
| 14 | |
| 15 | Seth A Ribner |
| | Simpson Thacher & Bartlett |
| 16 | 1999 Ave Of The Stars 29FL |
| | Los Angeles CA 90067 |
| 17 | |
| 18 | Harry Lawrence Gershon |
| | Richards Watson & Gershon |
| 19 | 355 S Grand Ave, 40th Fl |
| | Los Angeles CA 90071-3101 |
| 20 | |
| 21 | Stephen Philip Deitsch |
| | Fox & Sohagi |
| 22 | 10960 Wilshire Blvd, Ste 1270 |
| | Los Angeles CA 90024-3702 |
| 23 | |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | |

| | |
|---|---|
| 1 | Kathe Pease |
| 2 | Southwest Regional Office<br>NOAA Office of General Counsel |
| 3 | 501 W Ocean Blvd<br>Ste 4470 |
| 4 | Long Beach CA 90802 |
| 5 | |

6  I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

8  Executed on **August 21, 2012**, at San Diego, California.

_(signature)_
Lauren M. Luhmann