# Exhibit K
# Letter from Kelly Richardson to Robb Whitaker

**LATHAM & WATKINS** LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Beijing | Moscow |
| Boston | Munich |
| Brussels | New York |
| Century City | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 30, 2021

<u>**VIA EMAIL**</u>

Robb Whitaker, P.E.
General Manager
Water Replenishment District of Southern California
4040 Paramount Boulevard
Lakewood, California 90712

Re: <u>Documents Submitted under Montrose Site Partial Consent Decree for Chlorobenzene Plume Remedy Operation and Maintenance</u>

Dear Mr. Whitaker:

On August 27, 2020, the Water Replenishment District of Southern California ("WRD") submitted a comment letter to the U.S. Department of Justice regarding entry of the Partial Consent Decree for the Dual Site Groundwater Operable Unit – Chlorobenzene Plume Remedy Operation and Maintenance (the "O&M CD"). In that letter, WRD requested receipt of all work product produced by Montrose Chemical Corporation of California ("Montrose") pursuant to the O&M CD Statement of Work.

Montrose is happy to provide WRD access to the Montrose groundwater document portal to permit WRD to access and download groundwater data as well as O&M CD work product uploaded by Montrose and its consultants. To obtain access, please contact Montrose's consultant, Mike Palmer of de maximis, inc., at mpalmer@demaximis.com.

Please do not hesitate to contact me if you have any questions.

Very truly yours,

Kelly E. Richardson
of LATHAM & WATKINS LLP

cc:

Deborah Gitin, U.S. Department of Justice
Dustin Minor, U.S. Environmental Protection Agency