UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   LA CV 90-03122-DOC-(GJSx):          Date:  September 28, 2021

Title   USA, et al v. Montrose Chemical, et al

Present: The Honorable:   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Karlen Dubon | Debbie Gale / Court Smart |
|---|---|
| **Deputy Clerk** | **Court Reporter / Recorder** |

**Attorneys Present for Plaintiffs:**
Deborah Gitin
Megan Hey

**Attorneys Present for Defendants:**
Benjamin D Gibson
Kelly E Richardson
J. Wylie Donald
Winston Hsiao

**PROCEEDINGS:**   **PLAINTIFF USA'S MOTION TO APPROVE CONSENT JUDGMENT [3055]**
**PLAINTIFF USA'S MOTION TO APPROVE CONSENT JUDGMENT [3062]**

Also present, Dustin Miner and Vivian Murai for the plaintiff. Jose Allen for the defendant.

Case is called. The Court and counsel confer.

The Court GRANTS Plaintiff USA's Motions to Approve Consent Judgment [3055] and [3062].

Written order to issue.

                                                                                             2:25
                                                                    **Initials of Preparer**   kdu